**THOMAS PALMER** *versus* **FRANCIS NICHOLSON.**

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to make return to certiorari *p. 75; (2) argued, submitted *p. 97; (3) judgment reversed *p. 98.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari and return; (3) brief.

*1824–36 Calendar,* MS p. 234.